**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY (CAMDEN)**

|  |  |  |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
|  | : |  |
| GROVE STREET REALTY URBAN RENEWAL LLC | : | NO. 10-30427-JHW |
| Debtor. | : |  |
|  | : |  |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel hereby appears as counsel for GE Business Financial Services, Inc. f/k/a Merrill Lynch Business Financial Services Inc., a creditor in the above-referenced case, and hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Rules") and §§ 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following address and telephone number:

> Derek J. Baker, Esquire
> Reed Smith LLP
> Princeton Forrestal Village
> 136 Main Street, Suite 250
> Princeton, NJ 08540-7839
> 609 520 6390
> 609 951 0824 (telecopy)
> dbaker@reedsmith.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding therein.

Neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive GE Business Financial Services, Inc. f/k/a Merrill Lynch Business Financial Services Inc's (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in

any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which GE Business Financial Services, Inc. f/k/a Merrill Lynch Business Financial Services Inc is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

       s/ Derek J. Baker, Esquire
REED SMITH LLP
Derek J. Baker
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540-7839

Counsel for GE Business Financial Services, Inc. f/k/a Merrill Lynch Business Financial Services Inc

Dated: July 2, 2010