*Order Filed on 7/14/2010 by Clerk U.S. Bankruptcy Court District of New Jersey*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| *Caption in Compliance with D.N.J. LBR 9004-2(c)* <br><br> Ciardi Ciardi & Astin <br> Albert A. Ciardi, III, Esquire <br> Jennifer E. Cranston, Esquire <br> Adrienne N. Roth, Esquire <br> One Commerce Square <br> 2005 Market Street, Suite 1930 <br> Philadelphia, PA 19103 <br> Telephone: (215) 557-3550 <br> Facsimile: (215) 557-3551 | |
| In Re: <br><br> Grove Street Realty Urban Renewal, L.L.C. <br><br> Debtor. | Case No.:  10-30427 (JHW) <br> Judge:  _____ <br> Chapter:  11 |

**ORDER SCHEDULING AN EXPEDITED HEARING, LIMITED NOTICE AND REDUCING THE NOTICE PERIOD PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c) AND D.N.J. LBR 9013-1(e) IN CONNECTION WITH THE DEBTORS MOTION TO PERMIT: A) USE OF CASH COLLATERAL;  B) PROVIDE ADEQUATE PROTECTION TO PARTIES WITH INTEREST IN <u>CASH COLLATERAL; AND C) FOR AN EXPEDITED HEARING</u>**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: 7/14/2010**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

1

In re:        Grove Street Realty Urban Renewal, L.L.C.
Case No.:     10-30427 (JHW)
Caption of Order:   ORDER SCHEDULING AN EXPEDITED HEARING, LIMITED NOTICE AND REDUCING THE NOTICE PERIOD PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(c) AND D.N.J. LBR 9013-1(e) IN CONNECTION WITH THE DEBTORS MOTION TO PERMIT: A) USE OF CASH COLLATERAL;B) PROVIDE ADEQUATE PROTECTION TO PARTIES WITH INTEREST IN CASH COLLATERAL; AND C) FOR AN EXPEDITED HEARING

---

**AND NOW**, this _____ day of _____, **2010** upon consideration of the Debtor's Motion to Permit : A) Use of Cash Collateral; B) Provide Adequate Protection to Parties with Interest in Cash Collateral; and C) for an Expedited Hearing, (the "Motion"), and for good cause shown:

**IT IS HEREBY ORDERED** as follows:

1) A hearing on the Debtor's Motion is scheduled for **July 27 2010** at 2:00 PM in Courtroom No. 4B, Hon. Judith H. Wizmur, Federal Bldg., 400 Cooper Street, Camden, NJ 08102.;

2) That the applicable notice period is reduced accordingly to permit the hearing as scheduled herein, and notice is limited to the parties identified in paragraph 4 of this Order;

3) Objections or responses to the Motion may be presented to the Court at the time of the hearing; and

4) That the Debtor shall serve this order and a copy of the Motion, if not previously served, via facsimile and regular mail on or before July 15, 2010 on all parties requesting notice under Bankruptcy Rule 2002, The Bank, the twenty largest creditors, and the Office of the U.S. Trustee.

2

*Approved by Judge Judith H. Wizmur July 14, 2010*