B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **Grove Street Realty Urban Renewal, L.L.C.**    Case No. **10-30427**
Debtor(s)    Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ABJ Sprinkler Co, Inc.<br>PO Box 663<br>Glassboro, NJ 08028 | ABJ Sprinkler Co, Inc.<br>PO Box 663<br>Glassboro, NJ 08028 | Trade debt | | 100,000.00 |
| Asphalt Paving Corporation<br>478 Elmwood Avenue, Ste. G<br>Malaga, NJ 08328 | Asphalt Paving Corporation<br>478 Elmwood Avenue, Ste. G<br>Malaga, NJ 08328 | Trade debt | | 21,169.00 |
| DuBell Lumbar Company, Inc.<br>PO Box 1449<br>Medford, NJ 08055 | DuBell Lumbar Company, Inc.<br>PO Box 1449<br>Medford, NJ 08055 | Trade debt | | 23,999.74 |
| Ed Wood Custom Drywall, Inc.<br>6 Enterprise Court<br>Sewell, NJ 08080 | Ed Wood Custom Drywall, Inc.<br>6 Enterprise Court<br>Sewell, NJ 08080 | Trade debt | | 34,509.40 |
| EJT Custom Xteriors, LLC<br>45 N. Liberty Street<br>Hammonton, NJ 08037 | EJT Custom Xteriors, LLC<br>45 N. Liberty Street<br>Hammonton, NJ 08037 | Trade debt | | 41,982.99 |
| Feinberg & Associates, PC<br>One Echelon Plaza<br>227 Laurel Road, Suite 201<br>Cherry Hill, NJ 08034 | Feinberg & Associates, PC<br>One Echelon Plaza<br>227 Laurel Road, Suite 201<br>Cherry Hill, NJ 08034 | Trade debt | | 97,693.22 |
| Friedrich Heating & Air Conditioning, Inc.<br>PO Box 337<br>Pitman, NJ 08071 | Friedrich Heating & Air Conditioning, Inc.<br>PO Box 337<br>Pitman, NJ 08071 | Trade debt | | 32,111.60 |
| GE Business Financial Inc<br>c/o Derek Baker, Esquire<br>Reed Smith<br>1650 Market Street<br>Philadelphia, PA 19103 | GE Business Financial Inc<br>c/o Derek Baker, Esquire<br>Reed Smith<br>Philadelphia, PA 19103 | | | 31,390,752.15<br><br>(0.00 secured) |
| Gill's Landscaping, Inc.<br>PO Box 428<br>Mullica Hill, NJ 08062 | Gill's Landscaping, Inc.<br>PO Box 428<br>Mullica Hill, NJ 08062 | Trade debt | | 45,905.17 |
| Hannah's Carpentry, LLC<br>200 Alvine Road<br>Elmer, NJ 08318 | Hannah's Carpentry, LLC<br>200 Alvine Road<br>Elmer, NJ 08318 | Trade debt | | 59,885.50 |

B4 (Official Form 4) (12/07) - Cont.

In re  Grove Street Realty Urban Renewal, L.L.C.                    Case No.  10-30427
　　　　　　　　　　　　　　Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kulzer & DiPadova, PC<br>76 E. Euclid Avenue Suite 300<br>Haddonfield, NJ 08033 | Kulzer & DiPadova, PC<br>76 E. Euclid Avenue Suite 300<br>Haddonfield, NJ 08033 | Trade debt | | 24,306.27 |
| Otis Elevator<br>30 Twosome Drive, Suite 4<br>Moorestown, NJ 08057 | Otis Elevator<br>30 Twosome Drive, Suite 4<br>Moorestown, NJ 08057 | Trade debt | | 33,599.00 |
| Painting by Pearce, Inc.<br>3116 Shore Road<br>Ocean View, NJ 08230 | Painting by Pearce, Inc.<br>3116 Shore Road<br>Ocean View, NJ 08230 | Trade debt | | 20,632.50 |
| Parke Place Realty Company, Inc.<br>14 Parke Place Blvd., Ste. A<br>Sewell, NJ 08080 | Parke Place Realty Company, Inc.<br>14 Parke Place Blvd., Ste. A<br>Sewell, NJ 08080 | Trade debt | | 22,600.00 |
| PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906 | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906 | Misc. - utilities | | 113,370.07 |
| Red Lion Insulation<br>A Masco Company<br>PO Box 363<br>Berlin, NJ 08009 | Red Lion Insulation<br>A Masco Company<br>PO Box 363<br>Berlin, NJ 08009 | Trade debt | | 65,455.80 |
| Robert K. Foster, Inc.<br>3880 Willow Drive<br>Newfield, NJ 08344 | Robert K. Foster, Inc.<br>3880 Willow Drive<br>Newfield, NJ 08344 | Trade debt | | 129,080.00 |
| T-Tech Electric, LLC<br>186 Mantoloking Road<br>Brick, NJ 08723 | T-Tech Electric, LLC<br>186 Mantoloking Road<br>Brick, NJ 08723 | Trade debt | | 90,000.00 |
| Thinkpavers Hardscaping, Inc.<br>405 Helms Avenue<br>Swedesboro, NJ 08085 | Thinkpavers Hardscaping, Inc.<br>405 Helms Avenue<br>Swedesboro, NJ 08085 | Trade debt | | 21,500.00 |
| Woodbury Cement Products, Inc.<br>630 S. Evergreen Avenue<br>Woodbury Heights, NJ 08097 | Woodbury Cement Products, Inc.<br>630 S. Evergreen Avenue<br>Woodbury Heights, NJ 08097 | Trade debt | | 35,260.49 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 15, 2010                    Signature  /s/ Thomas E. Hedenberg
　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas E. Hedenberg
　　　　　　　　　　　　　　　　　　　　　　　　　　Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.